

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12 - SW - 0 1 0 2   EFB

| IN THE MATTER OF THE SEIZURE OF: | S.W. NO. |
|---|---|
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK PERSONAL CHECKING ACCOUNT NUMBER 2065307502, HELD IN THE NAME OF JEFFREY S. WALKER ("JEFF ACCOUNT"), IN AN AMOUNT UP TO AND INCLUDING $208,700.00, | ORDER RE: REQUEST TO SEAL DOCUMENTS |
| DEFENDANT | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit underlying the seizure warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the seizure warrant will be left at the scene of the seizure and with the account holder.

Date: 3-6-2012

EDMUND F. BRENNAN
United States Magistrate Judge