


1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00102-EFB  2:12-SW-00103-EFB |
|---|---|
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK PERSONAL CHECKING ACCOUNT NUMBER 2065307502, HELD IN THE NAME OF JEFFREY S. WALKER (JEFF ACCOUNT), IN AN AMOUNT UP TO AND INCLUDING $208,700.00, AND | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |
| ALL FUNDS MAINTAINED AT JP MORGAN CHASE PERSONAL CHECKING ACCOUNT NUMBER 918200346, HELD IN THE NAME OF JEFF WALKER (JEFF CHASE ACCOUNT), IN AN AMOUNT UP TO AND INCLUDING $173,450.00, | |
| DEFENDANTS. | |

        Upon application of the United States of America and good cause having been shown,

        IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: July 24, 2012

                                        KENDALL J. NEWMAN
                                        United States Magistrate Judge